UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FINK AND SUSAN FINK**, <br><br> Plaintiffs, <br><br> v. <br><br> **WELLS FARGO BANK, N.A., ET AL.**, <br><br> Defendants. | Case No. 15-cv-00001-YGR <br><br> **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** <br><br> Re: Dkt. No. 8 |

Plaintiffs John and Susan Fink ("Plaintiffs") have filed their Ex Parte Motion for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue. (Dkt. No. 8.) Plaintiffs' counsel's declaration indicates that she has given notice by facsimile to Defendants Wells Fargo Bank, N.A. and Cal-Western Reconveyance, LLC. (Dkt. No. 8-5.)

Having reviewed the application for Temporary Restraining Order and Preliminary Injunction, the Memorandum of Points and Authorities, the Declaration(s) of Megan Dailey and Susan Fink, and the complaint filed herein, and good cause appearing, the Court **GRANTS** the Motion and **ORDERS** as follows:

### ORDER TO SHOW CAUSE

Defendants Wells Fargo Bank, N.A. and Cal-Western Reconveyance, LLC are **ORDERED TO SHOW CAUSE** why a preliminary injunction should not be entered against you to restrain and enjoin you and your agents, assigns and/or transferees, from proceeding with the foreclosure of the real property located at 5009 Murchio Drive, Concord, California 94521, APN: 133-611-024-0 (the "Subject Property"), encumbering or transferring any right, title, or interest in the Subject Property, or taking any other enforcement actions, pending trial of this action or further order of this Court.

**TEMPORARY RESTRAINING ORDER**

Pending hearing on the Order to Show Cause, Defendants Wells Fargo Bank, N.A. and Cal-Western Reconveyance, LLC, and their agents, assigns and/or transferees, are restrained and enjoined from proceeding with the foreclosure of the real property located at 5009 Murchio Drive, Concord, California 94521, APN: 133-611-024-0 (the "Subject Property"), encumbering or transferring any right, title, or interest in the Subject Property, or taking any other enforcement actions.

**IT IS FURTHER ORDERED THAT**,

1. Plaintiffs shall serve this Temporary Restraining Order and Order to Show Cause on Defendant no later than **January 8, 2015, at 12:00 p.m.** by personal service. Proof of such service shall be filed no later than January 14, 2015.
2. Any opposition to the Order to Show Cause shall be filed no later than **January 14, 2015**.
3. Any written reply shall be filed no later than **January 16, 2015**.
4. Hearing on the Order to Show Cause for Preliminary Injunction shall be held on **January 21, 2015, at 2:00 p.m.** in Courtroom 1, Federal District Courthouse, 1301 Clay Street, Oakland, California.

The Court will entertain a modified schedule for briefing and hearing, and extension of the temporary restraining order, if presented by stipulation of the parties.

**IT IS SO ORDERED.**

Dated: January 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**