UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FINK AND SUSAN FINK**, <br><br> Plaintiffs, <br><br> v. <br><br> **WELLS FARGO BANK, N.A., ET AL.**, <br><br> Defendants. | Case No. 15-cv-00001-YGR <br><br> **ORDER RESETTING HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

On January 26, 2015, the parties filed a stipulation to modify the briefing schedule and hearing date on the Order to Show Cause re: Preliminary Injunction, agreeing to a "hearing at a time convenient to the Court during the first half of March 2015, or as soon thereafter as the Court is available." (Dkt. No. 21.) The stipulation also agreed that "the TRO shall remain in effect until the new date for the OSC hearing, and Wells Fargo and its trustee agree to push the sale of the property to March 16, 2015 or until the Court's order after hearing, whichever is later." (*Id.*)

The Court set the hearing on the OSC for March 10, 2015, based on that stipulation. (Dkt. No. 24.)

Defendant Wells Fargo Bank has filed a motion to dismiss, currently set for hearing on March 17, 2015.

In the interest of justice, and based upon the stipulation of the parties, the Court **RESETS** the hearing on the Order to Show Cause to **March 17, 2015, at 2:00 p.m.** Per the parties' stipulation, the TRO will remain in effect through that date, and the sale will be postponed, until the Court's order after hearing.

**IT IS SO ORDERED.**

Dated: February 5, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**