UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FINK AND SUSAN FINK**,<br><br>Plaintiffs,<br><br>v.<br><br>**WELLS FARGO BANK, N.A., ET AL.**,<br><br>Defendants. | Case No. 15-cv-00001-YGR<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' THIRD REQUEST FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 44); ORDERING POSTPONEMENT OF FORECLOSURE PER AGREEMENT OF PARTIES** |

Presently before the Court is the third Motion for Temporary Restraining Order by Plaintiffs John Fink and Susan Fink. (Dkt. No. 44, *et seq.*) After a telephonic conference on April 13, 2015, with all parties, the Court **ORDERS** as follows:

(1) Plaintiffs shall submit further evidence and briefing in support of their contention that there has been a "material change in the borrower's financial circumstances since the date of the borrower's previous application and that change is documented by the borrower and submitted to the mortgage servicer" as stated in California Civil Code section 2923.6(g). Such supplemental evidence and briefing shall be filed no later than **April 20, 2015**;

(2) Defendant Wells Fargo Bank, N.A. ("Wells Fargo") shall submit a written response to the motion and supplemental submission no later than **May 4, 2015**;

(3) Plaintiffs shall file any reply no later than **May 11, 2015**;

(4) The hearing on the Motion for Temporary Restraining Order shall be on **May 26, 2015**, at 2:00 p.m. in Courtroom 1, 1301 Clay Street, Oakland, should the Court determine a hearing is necessary;

1     (5) Wells Fargo's Motion to Dismiss the First Amended Complaint, currently set for May 19, 2015, is **CONTINUED** to **May 26, 2015**, at 2:00 p.m. in Courtroom 1, 1301 Clay Street, Oakland;

    (6) Pursuant to the agreement of Wells Fargo, and the concurrence of Plaintiffs and Defendant Cal-Western Reconveyance, LLC, as stated in the parties' telephonic conference with the Court this date, the Court **ORDERS** that the foreclosure sale of the subject property, located at 5009 Murchio Drive, Concord, California, shall be postponed until **May 27, 2015, at 1:00 p.m.**

    **IT IS SO ORDERED.**

Dated: April 13, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**