UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOHN FINK AND SUSAN FINK**,

    Plaintiffs,

  v.

**WELLS FARGO BANK, N.A., ET AL.**,

    Defendants.

Case No.  15-cv-0001-YGR

**JUDGMENT IN FAVOR OF DEFENDANTS**

    Based upon this Court's Order granting the motion of Defendant Wells Fargo Bank, N.A. to dismiss Plaintiffs' First Amended Complaint without leave to amend, and the responses to the Court's Order to Show Cause regarding entry of judgment in favor of all defendants, it is Ordered, Adjudged, and Decreed that the First Amended Complaint is Dismissed With Prejudice.

    Judgment is entered in favor of Defendants Wells Fargo Bank, N.A., and Cal-Western Reconveyance, LLC and against Plaintiffs John Fink and Susan Fink.  Plaintiffs shall take nothing by their First Amended Complaint.

    **IT IS SO ORDERED.**

Dated: June 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**