UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOHN FINK AND SUSAN FINK,**

Plaintiffs,

v.

**WELLS FARGO BANK, N.A., ET AL.,**

Defendants.

Case No.  15-cv-0001-YGR

**ORDER DIRECTING COUNSEL MELISSA N. ARMSTRONG TO FILE PROOF OF SERVICE OF MOTION ON CLIENT AND ASSIGNEE; VACATING HEARING**

Counsel Melissa N. Armstrong ("Counsel") for Defendant Cal-Western Reconveyance, LLC ("CWR") has filed her Motion to Withdraw As Counsel.  (Dkt. No. 66.)  Counsel's motion indicates that CWR, as well as her former law firm, Butler & Hosch, PA, have ceased to operate and have filed an Assignment for the Benefit of Creditors in the Orange County, Florida Circuit Court of the Ninth Judicial Circuit, a procedure under Florida Statute 727 et seq. established as an alternative to bankruptcy.

Counsel is directed to file a proof of service of the Motion to Withdraw As Counsel as well as aa copy of this order on the last known address of CWR, on the assignee for CWR, and on her former law firm no later than **July 7, 2015**.  Any response to the motion must be filed no later than **July 21, 2015**.  If proof of service is filed timely and no response is received by July 21, 2015, the Court is inclined to grant the motion.

The hearing on the motion, currently set for June 30, 2015, is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**